**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

PEDRO MARTINEZ, individually and as the representative of a class of similarly situated persons,

       Plaintiff,

-- against --

GUTSY LLC d/b/a Culture Pop,

       Defendant.

---

**ECF Case**

**1:22-cv-409-NGG-PK**

**STIPULATION OF DISMISSAL**
**<u>WITH PREJUDICE</u>**

---

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, plaintiff Pedro Martinez and defendant Gutsy LLC (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

ACTIVE\53784909.v1

Dated: Brooklyn, New York
     May 10, 2023


SHAKED LAW GROUP, P.C.         STEIN & NIEPORENT, LLP

By: _____    By: _____
    Dan Shaked, Esq.              David Stein, Esq.
    14 Harwood Court, Suite 415    1441 Broadway, Suite 6090
    Scarsdale, New York 10583     New York, New York 10018
    Telephone: (917) 373-9128     Telephone: (212) 308-3444
    Email: shakedlawgroup@gmail.com  Email: dstein@steinllp.com
    *Attorneys for Plaintiff*         *Attorneys for Defendant*


**SO ORDERED:**  s/Nicholas G. Garaufis
                  5/17/23